UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re MARK T. HOOFMAN,

    Petitioner, as owner of a certain　　　　　　　　　　Case No. 1:06-cv-148
    2001 Sea Doo 10 foot watercraft
    with Hull Identification No. ZZN28988L001　　　Hon. Wendell A. Miles
_____/

### ORDER

On March 2, 2006, Mark T. Hoofman, as owner of a certain 2001 Sea Doo 10 foot personal watercraft with Hull Identification No. ZZN28988L001 ("the Vessel"), pursuant to the Limitation of Shipowners Liability Act, 46 U.S.C. App. §§ 181 *et seq.*, filed a complaint seeking exoneration from or limitation of liability in connection with an incident that occurred on or about August 1, 2003 upon the navigable waters of the United States and involving the Vessel. The plaintiff has filed an affidavit of stating that the value of the Vessel is $4,850.00, and this amount has been deposited with the court. The complaint states that a claim has been made against plaintiff resulting from the August 1, 2003 incident. On the date indicated below, the Clerk has issued a Notice of the filing of the complaint. Presently before the court is plaintiff's Motion for Entry of Order (docket no. 6).

IT IS HEREBY ORDERED as follows:

1. Plaintiff shall cause the Notice issued by the court on this same date to be published, as provided by Rule F(4) of the Federal Rules of Civil Procedure Supplemental Rules for Certain Admiralty and Maritime Claims, in the Grand Rapids Legal News, once each week for four successive weeks before the return date of the Notice. Additionally, plaintiff shall, not later than

the day of the second publication, mail a copy of the Notice to every person known to have made any claim against the Vessel or plaintiff arising from the August 1, 2003 incident.

    2.   Prosecution of any actions or proceedings against the plaintiff or the Vessel, except in the present proceeding, in respect of any claim arising from the August 1, 2003 incident is hereby stayed and restrained until resolution of this action.

    3.   This order shall be binding only upon persons or their attorneys who receive actual notice by personal service or otherwise.

    So ordered this 28th day of March, 2006.

    /s/ Wendell A. Miles
Wendell A. Miles
Senior U.S. District Judge